UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID W. MERROW,<br><br>              Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>              Defendant. | CASE NO. 15-cv-00004-RJB-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS PLAINTIFF'S CLAIMS |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge J. Richard Creatura. Dkt. 21. The Court has considered the pleadings filed regarding the Report and Recommendation and the remaining file.

In this case, Plaintiff, a *pro se* litigant, seeks judicial review of a final decision of the Commissioner of the Social Security Administration denying his application for disability benefits pursuant to Titles II and XVI.

As stated in the Report and Recommendation, a claimant may obtain review by commencing civil action within 60 days after notice of the decision is mailed to him. Dkt. 21

*citing* 42 U.S.C. § 405(h). "This 60-day limit 'is a condition on the waiver of sovereign immunity and thus must be strictly construed.'" Dkt. 21 *citing Bowen v. New York*, 476 U.S. 467, 479 (1986). Here, notice of the decision was mailed on October 16, 2014, and although Plaintiff claims to have received that notice on October 28, 2014, he did not file his complaint until January 5, 2015. Dkt 21, at 2-3. Plaintiff claims that he was under the impression that he had been given an extension on the 60 day time limit, but provides no basis for this impression. Dkt. 21, at 2 *citing* Dkt. 20, at 2. This Court is unable to adjudicate Plaintiff's claim on the merits.

Thus, it is ORDERED:

(1) This Court ADOPTS the Report and Recommendation (Dkt. 21);

(2) Plaintiff's claims are DISMISSED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 16th day of March, 2016.

_____
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION TO DISMISS PLAINTIFF'S
CLAIMS- 2